FILED

MAR 3 0 2006

RICHARD W. WINKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEIN,

    Plaintiff,

v.

PACIFIC BELL, ET AL,

    Defendant.

No. C 00-02915 SI

**ORDER**

IT IS ORDERED that this case shall be referred to the E.Filing Program pursuant to General Order 45.

Dated: 3/30/06

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALBERT O. STEIN,

        Plaintiff,

v.

PACIFIC BELL,

        Defendant.
                          /

Case Number: CV00-02915 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bobby C. Lawyer
Pacific Telesis Group
140 New Montgomery St
11th Flr
San Francisco, CA 94105

Bryan L. Clobes
Miller Faucher & Cafferty
One Logan Square
Suite 1700
Philadelphia, PA 19103

Christopher R. Ball
Pillsbury Winthrop LLP
50 Fremont St
5th Flr
San Francisco, CA 94105

Douglas G. Thompson
Finkelstein Thompson & Loughran
1050 30th Street NW
Washington, DC 20007

Juden Justice Reed
Schubert & Reed LLP
Two Embarcadero Center
Ste 1660
San Francisco, CA 94111

Lawrence W. Schonbrun
86 Eucalyptus Rd
Berkeley, CA 94705

Nicholas E. Chimicles
Chimicles & Tikellis LLP
361 W Lancaster Ave
One Haverford Centre
Haverford, PA 19041

Robert A. Mittelstaedt
Jones Day
555 California Street
25th Floor
San Francisco, CA 94104

Roy A. Katriel
The Katriel Law Firm PLLC
1101 30th Street, NW
Suite 500
Washington, DC 20007

Dated: March 29, 2006

                                       Richard W. Wieking, Clerk
                                       By: Tracy Sutton, Deputy Clerk