ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT O. STEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL, SBC COMMUNICATIONS, INC., SBC TELECOMMUNICATIONS, INC., SBC ADVANCED SOLUTIONS INC., and SBC TECHNOLOGY RESOURCES, INC.<br><br>Defendants. | No. C 002915 SI<br><br>**STIPULATION TO CONTINUE HEARING DATE AND PROPOSED ORDER**<br><br>**Hon. Susan Illston** |

The parties to the above-entitled action, by and through their counsel, hereby stipulate to continue the date for hearing of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, currently scheduled to be heard on June 9, 2006, to July 7, 2006. The parties have agreed to the following revised schedule:

1.  Plaintiff's brief in opposition to Defendants' Motion to Dismiss shall be served and filed no later than June 9, 2006.

2.  Defendants' reply brief in support of their motion to dismiss shall be served and filed no later than June 23, 2006.

3.  The hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, presently set for June 9, 2006, shall now be held on July 7, 2006.

Page 1

IT IS SO STIPULATED.

Date: May 19, 2006   By: _____
ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
WILLEM F. JONCKHEER S.B.N. 178748
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

Counsel for Plaintiff ALBERT O. STEIN

Date: May 19, 2006   By: _____
Robert A. Mittelstaedt #060359
Craig E. Stewart #129530
Tracy M. Strong #221540
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____
Hon. Susan Illston

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Page 2

IT IS SO STIPULATED.

Date: May 19, 2006    By: _____
ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
WILLEM F. JONCKHEER S.B.N. 178748
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

Counsel for Plaintiff ALBERT O. STEIN

Date: May 19, 2006    By: _____
Robert A. Mittelstaedt #060359
Craig E. Stewart #129530
Tracy M. Strong #221540
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

Hon. Susan Illston

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Page 2

## PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States and am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Schubert & Reed LLP, Three Embarcadero Center, Suite 1650, San Francisco, California 94111; that on the date set out below, I served a true copy of the attached

**1. STIPULATION TO CONTINUE HEARING DATE AND PROPOSED ORDER**

on the person(s) listed below, by placing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows:

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM, PLLC
1101 30th Street, NW
Suite 500
Washington, DC 20007

Lawrence A. Sucharow, Esq.
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue, 12th Floor
New York, NY 10017

Nicholas E. Chimicles
Michael D. Gottsch
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Burton H. Finkelstein
Tracy Rezvani
FINKELSTEIN, THOMPSON & LOUGHRAN
Foundry Building
1050 30th Street, NW
Washington, DC 20007

J. Dennis Faucher, Esq.
Bryan L. Clobes, Esq.
MILLER FAUCHER & CAFFERTY
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA 19103

**Counsel for Plaintiffs**

Craig E. Stewart, Esq.
JONES DAY
555 California Street
25th Floor
San Francisco, CA 94111

**Counsel for Defendants**

Proof of Service
Case No. CGC-04-430129

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of May, 2006 in San Francisco, California.

_____

Miranda Kolbe

Proof of Service
Case No. CGC-04-430129