ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
WILLEM F. JONCKHEER S.B.N. 178748
AARON H. DARSKY S.B.N. 212229
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

*Counsel for Plaintiff*

ROBERT A. MITTELSTAEDT S.B.N. 60359
CRAIG E. STEWART S.B.N. 129530
TRACY M. STRONG S.B.N. 221540
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT O. STEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL, SBC COMMUNICATIONS, INC., SBC TELECOMMUNICATIONS, INC., SBC ADVANCED SOLUTIONS INC., and SBC TECHNOLOGY RESOURCES, INC.<br><br>Defendants. | **No. C 00-2915 SI**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Susan Illston** |

1  WHEREAS, on May 24, 2006, Defendants' Motion to Dismiss was rescheduled by
2 Stipulation and Order from June 9, 2006 to July 7, 2006; and
3  WHEREAS, a Case Management Conference remains scheduled for June 9, 2006;
4  THEREFORE, the parties to the above-entitled action, by and through their counsel, hereby
5 stipulate to continue the date for the Case Management Conference currently scheduled for June 9,
6 2006 to July 7, 2006 to coincide with the rescheduled hearing on Defendants' Motion to Dismiss.
7  **IT IS SO STIPULATED.**

Date: June 7, 2006  SCHUBERT & REED LLP

By: _____/S/ Aaron H. Darsky_____

ROBERT C. SCHUBERT
JUDEN JUSTICE REED
WILLEM F. JONCKHEER
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

*Counsel for Plaintiff Albert O. Stein*

Date: June 7, 2006  JONES DAY

By: _____

ROBERT A. MITTELSTAEDT
CRAIG E. STEWART
TRACY M. STRONG
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Date:

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 00-2915 SI

WHEREAS, on May 24, 2006, Defendants' Motion to Dismiss was rescheduled by Stipulation and Order from June 9, 2006 to July 7, 2006; and

WHEREAS, a Case Management Conference remains scheduled for June 9, 2006;

THEREFORE, the parties to the above-entitled action, by and through their counsel, hereby stipulate to continue the date for the Case Management Conference currently scheduled for June 9, 2006 to July 7, 2006 to coincide with the rescheduled hearing on Defendants' Motion to Dismiss.

**IT IS SO STIPULATED.**

Date: June 7, 2006                                    SCHUBERT & REED LLP

By:  /S/ Aaron H. Darsky
ROBERT C. SCHUBERT
JUDEN JUSTICE REED
WILLEM F. JONCKHEER
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

*Counsel for Plaintiff Albert O. Stein*

Date: June 7, 2006                                    JONES DAY

By:  _____
ROBERT A. MITTELSTAEDT
CRAIG E. STEWART
TRACY M. STRONG
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Date: _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 00-2915 SI

## PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States and am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Schubert & Reed LLP, Three Embarcadero Center, Suite 1650, San Francisco, California 94111; that on the date set out below, I served a true copy of the attached

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the person(s) listed below, by placing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows:

Roy A. Katriel, Esq.
The Katriel Law Firm, PLLC
1101 30th Street, NW, Suite 500
Washington, DC 20007

Lawrence A. Sucharow, Esq.
Labaton Sucharow & Rudoff LLP
100 Park Avenue, 12th Floor
New York, NY 10017

Nicholas E. Chimicles
Michael D. Gottsch
Chimicles & Tikellis LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Burton H. Finkelstein
Tracy Rezvani
Finkelstein, Thompson & Loughran
Foundry Building
1050 30th Street, NW
Washington, DC 20007

//

//

//

J. Dennis Faucher, Esq.
Bryan L. Clobes, Esq.
Miller Faucher & Cafferty
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA 19103

**Counsel for Plaintiffs**

Robert A. Mittelstaedt
Craig E. Stewart
Tracy M. Strong
Jones Day
555 California Street
25th Floor
San Francisco, CA 94111

**Counsel for Defendants**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of June, 2006 in San Francisco, California.

_____
Jon Salmon