ROBERT C. SCHUBERT  S.B.N. 62684
JUDEN JUSTICE REED  S.B.N. 153748
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220

ROY A. KATRIEL (*pro hac vice*)
THE KATRIEL LAW FIRM, PLLC
1101 30TH Street, NW Suite 500
Washington, DC 20007
Telephone: (202) 625-4342

*Counsel for Plaintiffs [Additional Counsel Appear on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT O. STEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL, SBC COMMUNICATIONS, INC., SBC TELECOMMUNICATIONS, INC., SBC TECHNOLOGY RESOURCES, INC., and SBC ADVANCED SOLUTIONS, INC.<br><br>Defendants. | No.  C-00-2915-SI<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' BILL OF COSTS**<br><br>**Courtroom: 4**<br>**Judge: Hon. Susan Illston** |

**INTRODUCTION**

Pursuant to Civil Local Rule 54-2, plaintiff Albert O. Stein files these objections to defendants' Bill of Costs that was filed and served on April 2, 2007. Prior to filing these objections, plaintiff's counsel met and conferred with defendants' counsel on April 11, 2007 in an attempt to resolve the parties' differences, but that conference was ineffective.

**OBJECTIONS**

Stein filed this action on August 11, 2000. His original complaint alleged claims under federal antitrust laws, the federal Telecommunications Act, and supplemental state law claims. *See generally* Complaint (filed August 11, 2000). After prolonged and protracted litigation, the Court entered judgment against plaintiff and in favor of defendants on April 19, 2004. *See* April 19, 2004 Judgment. That judgment applied to all of Stein's federal antitrust claims, which were dismissed on summary judgment, as well as to Stein's Telecommunications Act claim, which had been dismissed earlier on defendants' Rule 12(b)(6) motion to dismiss Stein's complaints.[1] Under Civil Local Rule 54-1(a), defendants had 14 days to file and serve a Bill of Costs for the taxable costs incurred up until the time that final judgment was entered on April 19, 2004. That much is clearly stated in Civil Local Rule 54-1(c): "[a]ny party who fails to file a bill of costs within the time period provided by this rule will be deemed to have waived costs." Civil L.R. 54-1(c). Defendants never filed any Bill of Costs following the April 19, 2004 entry of judgment by the Court.

After the Court's April 19, 2004 entry of judgment, Stein filed a notice of appeal and appealed the Court's judgment to the United States Court of Appeals for the Ninth Circuit.[2] After briefing and oral argument, the Ninth Circuit affirmed the Court's judgment as to Stein's federal antitrust claims, but vacated and remanded the Court's dismissal of Stein's federal Telecommunications Act claim. *See Stein v. Pacific Bell*, 172 Fed. Appx. 192 (Mar. 22, 2006). On

---

[1] As to the supplemental state law claims, the judgment also applied to Stein's Cartwright Act claim, which had been previously dismissed by separate order. The Court declined to continue exercising supplemental jurisdiction over Stein's Section 17200 Unfair Competition state law claim, and dismissed that claim without prejudice to Stein refiling it in state court, which Stein timely did.

[2] The dismissal of the supplemental state law claims was not part of the appeal.

remand, after unsuccessfully moving once again to dismiss the remanded complaint, defendants refiled their motion for summary judgment as to Stein's federal Telecommunications Act claim. The Court granted defendants' renewed motion for summary judgment and on March 19, 2007 entered judgment again for defendants' on the remanded Telecommunications Act claim. *See* March 19, 2007 Judgment; *see also Stein v. Pacific Bell*, 2007 WL 831750 (N.D. Cal. Mar. 19, 2007) (order granting defendants' renewed motion for summary judgment).

On April 2, 2007, defendants filed their Bill of Costs in the instant matter, seeking to tax $56,943.18 against plaintiff. The Bill of Costs is comprised of $14,234.58 in court reporter costs for depositions taken in the action (*see* Ex. A to Defts' Bill of Costs), and $42,708.60 in exemplification costs for copies of documents produced in this action (*see* Ex. B to Defts' Bill of Costs). As Exhibits A and B to defendants' Bill of Costs clearly shows, all of the foregoing items were transcribed or copied between 2001 and 2003. *See* Exs. A and B to Defts' Bill of Costs. Plainly, the taxable costs that defendants now seek to recover are all costs that were incurred prior to the Court's entry of judgment on April 19, 2004, but those costs have been waived because defendants failed to file a Bill of Costs within fourteen days of that judgment. Defendants now seek to undo their waiver and recoup all costs dating back to the beginning of the case, even though those costs were previously waived by defendants' failure to file a Bill of Costs after the April 19, 2004 entry of final judgment in this case. Tellingly, the April 19, 2004 entry of judgment applied with respect to the same Telecommunications Act claim that is now at issue.

Because a party cannot seek to recover costs that it has previously waived, and because all of defendants' itemized costs in their Bill of Costs fall into this category, Stein objects to each and every item in defendants' Bill of Costs. *See Allen v. Kelley*, 1995 WL 396860, at *2 (N.D. Cal. Jun. 29, 1995) (holding that a party cannot recover costs that it previously agreed to waive).

**CONCLUSION**

For the foregoing reasons, defendants' bill of costs should be DENIED and plaintiff's objections should be sustained.

| | |
|---|---|
| Dated: April 12, 2007 | Respectfully submitted, |
| | SCHUBERT & REED LLP |
| | |
| | ___/s/ Aaron H. Darsky_____ |
| | ROBERT C. SCHUBERT  S.B.N. 62684 |
| | JUDEN JUSTICE REED S.B.N. 153748 |
| | WILLEM F. JONCKHEER S.B.N. 178748 |
| | AARON H. DARSKY S.B.N. 212229 |
| | SCHUBERT & REED LLP |
| | Two Embarcadero Center, Suite 1660 |
| | San Francisco, California 94111 |
| | Telephone: (415) 788-4220 |

Additional Plaintiff's Counsel:
ROY A. KATRIEL, Esq. (*pro hac vice*)
THE KATRIEL LAW FIRM, PLLC
1101 30th Street, NW  Suite 500
Washington, DC 20007
Telephone: (202) 625-4342

BURTON H. FINKELSTEIN, Esq.
DOUGLAS G. THOMPSON, Esq.
FINKELSTEIN, THOMPSON & LOUGHRAN
Duvall Foundry
1050 30th Street, NW
Washington, DC 20007
Telephone (202) 337-8000

NICHOLAS E. CHIMICLES, Esq.
JAMES R. MALONE, JR., Esq.
MICHAEL D. GOTTSCH, Esq.
CHIMICLES & TIKELLIS, LLP
One Haverford Centre
361 West Lancaster
Haverford, PA 19401
Telephone: (610) 642-8500

J. DENNIS FAUCHER, Esq.
BRYAN L. CLOBES, Esq.
MILLER FAUCHER AND CAFFERTY, LLP
One Logan Square
18th and Cherry Streets
Suite 1700
Philadelphia, PA 19103
Telephone: (215) 864-2800

1
2  LAWRENCE A. SUCHAROW, Esq.
   BERNARD PERSKY, Esq.
3  BARBARA HART, Esq.
   GOODKIND, LABATON, RUDOFF AND SUCHAROW, LLP
4  100 Park Avenue
   New York, NY 10017
5  Telephone: (212) 907-0700
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220